**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 08, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Robert M. Bernstein
Mr. Jeffrey Matthew Harris
Bancroft
500 New Jersey Avenue, NW
7th Floor
Washington, DC 20001

Mr. Mark C. Kind
Mrs. Melanie Susan Morgan
Mrs. Cheryl Ann Pilate
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106

**RE:**    **16-3014, Harte, et al v. Board Comm'rs Cnty of Johnson, et al**
        Dist/Ag docket: 2:13-CV-02586-JWL

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D). Specifically:

- The electronically filed appendix is not searchable. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).
  The electronically filed appendix does not contain detailed bookmarks. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).
- There is no certificate of service indicating that the appendix was served on opposing counsel. See Fed. R. App. P. 25(d) and 10th Cir. R. 30.1(E).
- There is no certificate indicating compliance with the court's ECF requirements. See 10th Cir. R. 25.3 and the 10th Circuit CM/ECF User's Manual at Section II I (page 11).

- There are sealed documents contained in the appendix. Sealed documents should be filed in a separate appendix volume, under seal and separate from motions to seal. See 10th Cir. R. 30.1(C)(4).
- The volume size of the appendix submitted exceeds what the court deems acceptable for review. The appendix should be broken into smaller and separate volumes to allow for manageable review of the materials. See 10th Cir. R. 30.1(D)(5).
- The number of paper copy volumes must be identical to the number of electronic volumes filed; if you split a single volume into multiple parts when you file electronically, each part is considered a separate volume for purposes of the requirement that the number of hardcopy volumes match the number of electronic volumes. See 10th Cir. R. 30.1.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

You must file a proper appendix as required by the rules. Please file a corrected appendix within 10 days of the date of this notice. The appendix must be accompanied by proof of service on all other parties to the appeal.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    P. Benjamin Cox
       Lawrence L. Ferree III
       Jeremiah J. Morgan Sr.
       Kirk Thomas Ridgway
       Brett T. Runyon
       Dion F. Sankar

EAS/mb