**FILED**
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**December 19, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

―――――――――――――――――――――

| | |
|---|---|
| ADLYNN K. HARTE, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 16-3014 |
| THE BOARD OF COMMISSIONERS OF THE COUNTY OF JOHNSON, KANSAS, et al., | |
| Defendants - Appellees, | |
| and | |
| NATE DENTON, deputy, in his individual capacity, | |
| Defendant. | |
| ------------------------------ | |
| CATO INSTITUTE, et al., | |
| Amici Curiae. | |

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

Before **LUCERO**, **PHILLIPS**, and **MORITZ**, Circuit Judges.

―――――――――――――――――――――

This matter is before the court on the parties Joint Motion Requesting Copy of Audio Recording of the Oral Argument Held on November 17, 2016 (the "Motion"). Upon consideration, the Motion is granted.  The Clerk is directed to forward, via email,

the MP3 recording of the oral argument hearing. That recording shall be forwarded to both parties to the appeal.

                    Entered for the Court

                    *Elisabeth A. Shumaker*

                    ELISABETH A. SHUMAKER, Clerk